**Electronically Filed
Supreme Court
SCPR-15-0000858
18-NOV-2015
09:37 AM**

SCPR-15-0000858

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

IN RE BARBARA ANNE FABREY, Petitioner.

---

ORIGINAL PROCEEDING

<u>ORDER GRANTING PETITION TO RESIGN AND SURRENDER LICENSE</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of Petitioner Barbara Anne Fabrey's petition to resign and surrender her license to practice law in the State of Hawai'i, filed pursuant to Rule 1.10 of the Rules of the Supreme Court of the State of Hawai'i (RSCH), and of the affidavits and exhibits in support thereof,

IT IS HEREBY ORDERED that the petition is granted.

IT IS FURTHER ORDERED, pursuant to RSCH Rule 1.10(g), that Petitioner shall comply with the notice, affidavit, and record requirements of RSCH Rules 2.16(a), (b), (d), and (g).

IT IS FINALLY ORDERED that the Clerk shall remove the name of Petitioner Barbara Anne Fabrey, attorney number 5305, from the roll of attorneys of the State of Hawai'i, effective with the filing of this order.

DATED: Honolulu, Hawai'i, November 18, 2015.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

